1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Deputy
3  JAMES EMERY, State Bar #153630
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, 6th Floor
5  San Francisco, California 94102-5408
   Telephone:    (415) 554-4261
6  Facsimile:    (415) 554-3837
   E-Mail:       james.emery@sfgov.org
7

8  Attorneys for Defendants
   THE CITY AND COUNTY OF SAN FRANCISCO, ET AL.
9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12 | MICHAEL HAMMAN,                              | Case No. **C03-5045 JSW/EDL**
13 |         Plaintiff,                           | **CASE MANAGEMENT STATEMENT AND ~~PROPOSED~~ ORDER**
14 |    vs.                                       |
   |                                              | Date: June 24, , 2005
15 | THE CITY AND COUNTY OF SAN                   | Time: 1:30 p.m.
   | FRANCISCO; THE DEPARTMENT OF                 | Place: Courtroom 2, 17th floor
16 | BUILDING INSPECTION, THE                     | Date Filed: Nov. 13, 2003
   | BUILDING INSPECTION                          | Trial Date: not set
17 | COMMISSION, THE ABATEMENT
   | APPEALS BOARD, FRANK Y. CHIU,
18 | DIRECTOR DEPARTMENT OF
   | BUILDING INSPECTION, WILLIAM
19 | WONG, DEPUTY DIRECTOR OF
   | PERMIT SERVICES, JIM
20 | HUTCHINSON, DEPUTY DIRECTOR
   | OF INSPECTION SERVICES, WING
21 | LAU, CHIEF BUILDING INSPECTOR,
   | LEO MCFADDEN, SUPERVISOR
22 | CODE ENFORCEMENT SECTION,
   | AND ROSEMARY BOSQUE,
23 | DEPARTMENT OF BUILDING
   | INSPECTION HEARING OFFICER
24 | AND DOES 1-100.

25           Defendants.

26
27
28

JT CASE MGMT STMT                         1                         N:\LIT\LI2004\041148\00316509.DOC
CASE NO. C03-05045JSW

Magistrate Judge Chen conducted a settlement conference in this case on June 2, 2005. At the June 2 settlement conference, the parties resolved all issues in the case, subject to necessary approvals by the City. The Litigation Committee of the Building Inspection Commission is scheduled to meet and discuss the proposed settlement on June 27, 2005. In the meantime, the parties are cooperating to prepare settlement papers implementing the terms agreed to on June 2. Mr. Hamman's attorneys have authorized me to submit this brief statement unilaterally.

Defendants propose that the case management conference be continued to July 29, 2005, or the Court's first available date thereafter, to give the parties adequate time to prepare all settlement documents, obtain all necessary signatures, and to submit an order dismissing the matter. Defendants request that the Court extend to July 29, 2005 defendants' time to respond to Hamman's first amended complaint.

Respectfully Submitted,

Dated: June 17, 2005       By: _____/s/_____
                                JAMES M. EMERY

Attorneys for Defendants
THE CITY AND COUNTY OF SAN FRANCISCO; THE DEPARTMENT OF BUILDING INSPECTION, THE BUILDING INSPECTION COMMISSION, THE ABATEMENT APPEALS BOARD, FRANK Y. CHIU, WILLIAM WONG, JIM HUTCHINSON, WING LAU, LEO MCFADDEN, AND ROSEMARY BOSQUE

SO ORDERED: The Case Management Conference is continued to July 29, 2005 at 1:30 p.m.

Dated: June 17, 2005        /s/ Jeffrey S. White
                            _____
                            HON. JEFFREY S. WHITE
                            United States District Judge