| | |
|---|---|
| 1 | DENNIS J. HERRERA, State Bar #139669 |
| | City Attorney |
| 2 | JOANNE HOEPER, State Bar #114961 |
| | Chief Trial Deputy |
| 3 | JAMES EMERY, State Bar #153630 |
| | Deputy City Attorney |
| 4 | Fox Plaza |
| | 1390 Market Street, 6th Floor |
| 5 | San Francisco, California 94102-5408 |
| | Telephone: (415) 554-4261 |
| 6 | Facsimile: (415) 554-3837 |
| | E-Mail: james.emery@sfgov.org |
| 7 | |
| 8 | Attorneys for Defendants |
| | THE CITY AND COUNTY OF SAN FRANCISCO, ET AL. |
| 9 | |
| 10 | UNITED STATES DISTRICT COURT |
| 11 | NORTHERN DISTRICT OF CALIFORNIA |

| | | |
|---|---|---|
| 12 | MICHAEL HAMMAN, | Case No. **C03-5045 JSW/EDL** |
| 13 | Plaintiff, | **JOINT CASE MANAGEMENT STATEMENT AND PROPOSED ORDER** |
| 14 | vs. | |
| 15 | THE CITY AND COUNTY OF SAN FRANCISCO; THE DEPARTMENT OF BUILDING INSPECTION, THE BUILDING INSPECTION COMMISSION, THE ABATEMENT APPEALS BOARD, FRANK Y. CHIU, DIRECTOR DEPARTMENT OF BUILDING INSPECTION, WILLIAM WONG, DEPUTY DIRECTOR OF PERMIT SERVICES, JIM HUTCHINSON, DEPUTY DIRECTOR OF INSPECTION SERVICES, WING LAU, CHIEF BUILDING INSPECTOR, LEO MCFADDEN, SUPERVISOR CODE ENFORCEMENT SECTION, AND ROSEMARY BOSQUE, DEPARTMENT OF BUILDING INSPECTION HEARING OFFICER AND DOES 1-100. | Date: July 29, 2005 Time: 1:30 p.m. Place: Courtroom 2, 17th floor Date Filed: Nov. 13, 2003 Trial Date: not set |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | Defendants. | |

JT CASE MGMT STMT
CASE NO. **C03-05045JSW**

1

N:\LIT\LI2004\041148\00322691.DOC

Magistrate Judge Chen conducted a settlement conference in this case on June 2, 2005. At the June 2 settlement conference, the parties resolved all issues in the case, subject to necessary approvals by the City. The City has in the interim obtained the necessary approvals to implement the settlement. The parties have not yet reduced the agreement to writing and are continuing to resolve issues of implementation, including the terms of subordination of DBI's abatement lien to a construction loan on the property. The parties require additional time to resolve these implementation issues and finalize the settlement documents.

Accordingly, the parties jointly request that the Court continue the case management conference to September 16, 2005, or the Court's first available date thereafter, to give the parties adequate time to prepare all settlement documents, obtain all necessary signatures, and to submit an order dismissing the matter. The parties further request that the Court extend to September 16, 2005 defendants' time to respond to Hamman's first amended complaint.

Respectfully Submitted,

Dated: July 22, 2005            By:_____/s/_____
                                    JAMES M. EMERY

                                Attorneys for Defendants
                                THE CITY AND COUNTY OF SAN
                                FRANCISCO; THE DEPARTMENT OF
                                BUILDING INSPECTION, THE BUILDING
                                INSPECTION COMMISSION, THE
                                ABATEMENT APPEALS BOARD, FRANK Y.
                                CHIU, WILLIAM WONG, JIM HUTCHINSON,
                                WING LAU, LEO MCFADDEN, AND
                                ROSEMARY BOSQUE

Dated: July 22, 2005            By:_____/s/_____
                                    ERIC MCFARLAND

                                Attorneys for Plaintiff
                                MICHAEL HAMMAN

SO ORDERED:     Case management conference is set for October 14, 2005 at 1:30 p.m.

Dated: July 25, 2005            /s/ Jeffrey S. White
                                HON. JEFFREY S. WHITE
                                United States District Judge

JT CASE MGMT STMT                           2                           N:\LIT\LI2004\041148\00322691.DOC
CASE NO. C03-05045JSW