| | |
|---|---|
| 1 | DENNIS J. HERRERA, State Bar #139669<br>City Attorney |
| 2 | JOANNE HOEPER, State Bar #114961<br>Chief Trial Deputy |
| 3 | JAMES EMERY, State Bar #153630<br>Deputy City Attorney |
| 4 | Fox Plaza<br>1390 Market Street, 6th Floor |
| 5 | San Francisco, California 94102-5408<br>Telephone: (415) 554-4261 |
| 6 | Facsimile: (415) 554-3837<br>E-Mail: james.emery@sfgov.org |
| 7 | |
| 8 | Attorneys for Defendants<br>THE CITY AND COUNTY OF SAN FRANCISCO, ET AL. |
| 9 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MICHAEL HAMMAN, | Case No. **C03-5045 JSW/EDL** |
|---|---|
| Plaintiff, | **JOINT CASE MANAGEMENT STATEMENT AND** ~~**PROPOSED**~~ **ORDER** |
| vs. | |
| THE CITY AND COUNTY OF SAN FRANCISCO; THE DEPARTMENT OF BUILDING INSPECTION, THE BUILDING INSPECTION COMMISSION, THE ABATEMENT APPEALS BOARD, FRANK Y. CHIU, DIRECTOR DEPARTMENT OF BUILDING INSPECTION, WILLIAM WONG, DEPUTY DIRECTOR OF PERMIT SERVICES, JIM HUTCHINSON, DEPUTY DIRECTOR OF INSPECTION SERVICES, WING LAU, CHIEF BUILDING INSPECTOR, LEO MCFADDEN, SUPERVISOR CODE ENFORCEMENT SECTION, AND ROSEMARY BOSQUE, DEPARTMENT OF BUILDING INSPECTION HEARING OFFICER AND DOES 1-100. | Date: October 14, 2005<br>Time: 1:30 p.m.<br>Place: Courtroom 2, 17th floor<br>Date Filed: Nov. 13, 2003<br>Trial Date: not set |
| Defendants. | |

JT CASE MGMT STMT
CASE NO. **C03-05045JSW**

1

N:\LIT\LI2004\041148\00336186.DOC

1  Magistrate Judge Chen conducted a settlement conference in this case on June 2, 2005.
2  At the June 2 settlement conference, the parties resolved all issues in the case, subject to
3  necessary approvals by the City. The City has in the interim obtained the necessary approvals to
4  implement the settlement. The parties have not yet reduced the agreement to writing and are
5  attempting to resolve issues of implementation. It appears the parties will require the continued
6  assistance of Magistrate Judge Chen to resolve a single outstanding implementation issue: the
7  terms of subordination of DBI's abatement lien to a construction loan on the property, including
8  escrow requirements. The parties will seek an appointment with Magistrate Judge Chen at the
9  Court's earliest convenience to resolve this single outstanding issue.

10  Accordingly, the parties jointly request that the Court continue the case management
11  conference to December 2, 2005, or the Court's first available date thereafter, so that the parties
12  have the opportunity to schedule a conference with Magistrate Judge Chen. The parties further
13  request that the Court extend to December 2, 2005 defendants' time to respond to Hamman's first
14  amended complaint.

Respectfully Submitted,

Dated: October 7, 2005               By: _____/s/_____
                                          JAMES M. EMERY

                                     Attorneys for Defendants
                                     THE CITY AND COUNTY OF SAN
                                     FRANCISCO; THE DEPARTMENT OF
                                     BUILDING INSPECTION, THE BUILDING
                                     INSPECTION COMMISSION, THE
                                     ABATEMENT APPEALS BOARD, FRANK Y.
                                     CHIU, WILLIAM WONG, JIM HUTCHINSON,
                                     WING LAU, LEO MCFADDEN, AND
                                     ROSEMARY BOSQUE

Dated: October 7, 2005               By: _____/s/_____
                                          ERIC MCFARLAND

                                     Attorneys for Plaintiff
                                     MICHAEL HAMMAN

1  SO ORDERED:

2  Dated: October 11, 2005

     _____
     HON. JEFFREY S. WHITE
     United States District Judge