1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Deputy
3  JAMES EMERY, State Bar #153630
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, 6th Floor
5  San Francisco, California 94102-5408
   Telephone:    (415) 554-4261
6  Facsimile:    (415) 554-3837
   Email:        james.emery@sfgov.org
7
   Attorneys for Defendants
8  THE CITY AND COUNTY OF SAN FRANCISCO, ET AL.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MICHAEL HAMMAN, | Case No. **C03-5045 JSW/EDL** |
|---|---|
| Plaintiff, | **JOINT CASE MANAGEMENT STATEMENT AND ~~PROPOSED~~ ORDER** |
| vs. | |
| THE CITY AND COUNTY OF SAN FRANCISCO; THE DEPARTMENT OF BUILDING INSPECTION, THE BUILDING INSPECTION COMMISSION, THE ABATEMENT APPEALS BOARD, FRANK Y. CHIU, DIRECTOR DEPARTMENT OF BUILDING INSPECTION, WILLIAM WONG, DEPUTY DIRECTOR OF PERMIT SERVICES, JIM HUTCHINSON, DEPUTY DIRECTOR OF INSPECTION SERVICES, WING LAU, CHIEF BUILDING INSPECTOR, LEO MCFADDEN, SUPERVISOR CODE ENFORCEMENT SECTION, AND ROSEMARY BOSQUE, DEPARTMENT OF BUILDING INSPECTION HEARING OFFICER AND DOES 1-100. | Date: December 2, 2005<br>Time: 1:30 p.m.<br>Place: Courtroom 2, 17th floor<br>Date Filed: Nov. 13, 2003<br>Trial Date: not set |
| Defendants. | |

    Magistrate Judge Chen conducted a settlement conference in this case on June 2, 2005. At the June 2 settlement conference, the parties resolved all issues in the case, subject to

1  necessary approvals by the City.  The City has in the interim obtained the necessary approvals to
2  implement the settlement.  The parties have not yet reduced the agreement to writing and are
3  attempting to resolve issues of implementation.  It appears the parties will require the continued
4  assistance of Magistrate Judge Chen to resolve a single outstanding implementation issue: the
5  terms of subordination of DBI's abatement lien to a construction loan on the property, including
6  escrow requirements.

7  Since the last status conference statement, the parties engaged in additional negotiations
8  attempting to resolve the subordination/escrow issue, but were still unsuccessful.  Within the
9  next seven days, the parties will submit letter briefs to Magistrate Judge Chen and schedule a
10 further settlement conference to resolve this single outstanding issue.

11 Accordingly, the parties jointly request that the Court continue the case management
12 conference to January 27, 2006, or the Court's first available date thereafter, so that the parties
13 have the opportunity to schedule a conference with Magistrate Judge Chen.  The parties further
14 request that the Court extend to January 27, 2006 defendants' time to respond to Hamman's first
15 amended complaint.

16 Respectfully Submitted,

17 Dated: November 29, 2005         By:_____/s/_____
                                       JAMES M. EMERY
18
19                                     Attorneys for Defendants
                                       THE CITY AND COUNTY OF SAN
20                                     FRANCISCO; THE DEPARTMENT OF
                                       BUILDING INSPECTION, THE BUILDING
21                                     INSPECTION COMMISSION, THE
                                       ABATEMENT APPEALS BOARD, FRANK Y.
22                                     CHIU, WILLIAM WONG, JIM HUTCHINSON,
                                       WING LAU, LEO MCFADDEN, AND
23                                     ROSEMARY BOSQUE

24 Dated: November 29, 2005         By:_____/s/_____
                                       ERIC MCFARLAND
25
26                                     Attorneys for Plaintiff
                                       MICHAEL HAMMAN
27

28 SO ORDERED:

[APPROVED stamp: Judge Jeffrey S. White, United States District Court, Northern District of California]

JT CASE MGMT STMT                          2                    N:\LIT\LI2004\041148\00344847.DOC
CASE NO. **C03-05045JSW**