DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
JAMES EMERY, State Bar #153630
Deputy City Attorney
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-4261
Facsimile:     (415) 554-3837
Email:          james.emery@sfgov.org

Attorneys for Defendants
THE CITY AND COUNTY OF SAN FRANCISCO, ET AL.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HAMMAN,<br><br>        Plaintiff,<br><br>    vs.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO; THE DEPARTMENT OF BUILDING INSPECTION, THE BUILDING INSPECTION COMMISSION, THE ABATEMENT APPEALS BOARD, FRANK Y. CHIU, DIRECTOR DEPARTMENT OF BUILDING INSPECTION, WILLIAM WONG, DEPUTY DIRECTOR OF PERMIT SERVICES, JIM HUTCHINSON, DEPUTY DIRECTOR OF INSPECTION SERVICES, WING LAU, CHIEF BUILDING INSPECTOR, LEO MCFADDEN, SUPERVISOR CODE ENFORCEMENT SECTION, AND ROSEMARY BOSQUE, DEPARTMENT OF BUILDING INSPECTION HEARING OFFICER AND DOES 1-100.<br><br>        Defendants. | Case No. **C03-5045 JSW/EDL**<br><br>**JOINT CASE MANAGEMENT STATEMENT AND PROPOSED ORDER**<br><br>Date: March 31, 2006<br>Time: 1:30 p.m.<br>Place: Courtroom 2, 17th floor<br>Date Filed: Nov. 13, 2003<br>Trial Date: not set |

The parties have agreed on language for their settlement agreement. Plaintiff intends to execute the settlement agreement. The City has executed the settlement agreement, and it is

1  circulating the agreement for all other necessary signatures.  Pursuant to the terms of the
2  settlement agreement, plaintiff will dismiss this action with prejudice once all parties have
3  executed the settlement agreement.
4  Respectfully Submitted,

5  Dated: March 24, 2006                         By:_____/s/_____
6                                                 JAMES M. EMERY

7                                                 Attorneys for Defendants
                                                   THE CITY AND COUNTY OF SAN
8                                                  FRANCISCO; THE DEPARTMENT OF
                                                   BUILDING INSPECTION, THE BUILDING
9                                                  INSPECTION COMMISSION, THE
                                                   ABATEMENT APPEALS BOARD, FRANK Y.
10                                                 CHIU, WILLIAM WONG, JIM HUTCHINSON,
                                                   WING LAU, LEO MCFADDEN, AND
11                                                 ROSEMARY BOSQUE

12 Dated: March 24, 2006                          By:_____/s/_____
13                                                 ERIC MCFARLAND

14                                                 Attorneys for Plaintiff
                                                   MICHAEL HAMMAN
15         The case management conference set for March 31, 2006 at 1:30 p.m. is hereby RESET
           for April 21, 2006 at 1:30 p.m., and shall be vacated upon receipt of the stipulation of
16 SO ORDERED: dismissal.

17 Dated: _March 27, 2006_                       _____/s/ Jeffrey S. White_____
                                                  HON. JEFFREY S. WHITE
18                                                United States District Judge