1 DENNIS J. HERRERA, State Bar #139669
City Attorney
2 JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
3 JAMES EMERY, State Bar #153630
Deputy City Attorney
4 Fox Plaza
1390 Market Street, 6th Floor
5 San Francisco, California 94102-5408
Telephone:    (415) 554-4261
6 Facsimile:    (415) 554-3837
Email:        james.emery@sfgov.org
7
Attorneys for Defendants
8 THE CITY AND COUNTY OF SAN FRANCISCO, ET AL.

9                UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11

12 MICHAEL HAMMAN,                          Case No. **C03-5045 JSW/EDL**

13        Plaintiff,                        **JOINT CASE MANAGEMENT STATEMENT AND ~~PROPOSED~~ ORDER**

14        vs.

15 THE CITY AND COUNTY OF SAN               Date:  April 21, 2006
FRANCISCO; THE DEPARTMENT OF               Time:  1:30 p.m.
16 BUILDING INSPECTION, THE                 Place:  Courtroom 2, 17th floor
BUILDING INSPECTION                        Date Filed:  Nov. 13, 2003
17 COMMISSION, THE ABATEMENT                Trial Date:  not set
APPEALS BOARD, FRANK Y. CHIU,
18 DIRECTOR DEPARTMENT OF
BUILDING INSPECTION, WILLIAM
19 WONG, DEPUTY DIRECTOR OF
PERMIT SERVICES, JIM
20 HUTCHINSON, DEPUTY DIRECTOR
OF INSPECTION SERVICES, WING
21 LAU, CHIEF BUILDING INSPECTOR,
LEO MCFADDEN, SUPERVISOR
22 CODE ENFORCEMENT SECTION,
AND ROSEMARY BOSQUE,
23 DEPARTMENT OF BUILDING
INSPECTION HEARING OFFICER
24 AND DOES 1-100.

25        Defendants.

26

27        The parties have agreed on language for their settlement agreement.  The City has

28 executed the settlement agreement, and it has circulated the agreement for all other necessary

signatures.  Pursuant to the terms of the settlement agreement, plaintiff will dismiss this action

with prejudice once all parties have executed the settlement agreement.

The parties jointly request that the Court continue the case management conference until

June 2, 2006.  The parties expect the case will be dismissed before that date.

Respectfully Submitted,

Dated: April 18, 2006                         By:_____/s/_____
                                              JAMES M. EMERY

                                              Attorneys for Defendants
                                              THE CITY AND COUNTY OF SAN
                                              FRANCISCO; THE DEPARTMENT OF
                                              BUILDING INSPECTION, THE BUILDING
                                              INSPECTION COMMISSION, THE
                                              ABATEMENT APPEALS BOARD, FRANK Y.
                                              CHIU,  WILLIAM WONG, JIM HUTCHINSON,
                                              WING LAU, LEO MCFADDEN, AND
                                              ROSEMARY BOSQUE


Dated: April 18, 2006                         By:_____/s/_____
                                              PAUL F. UTRECHT

                                              Attorneys for Plaintiff
                                              MICHAEL HAMMAN


SO ORDERED:

Dated: _April 19, 2006_                       _____
                                              HON. JEFFREY S. WHITE
                                              United States District Judge